PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Jared Faircloth**                                                    Docket No. **21-mj-6044**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW NICHOLAS ZOTTI PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Jared Faircloth**, who was placed under pretrial release supervision by the **HONORABLE DOUGLAS E. ARPERT** sitting in the Court at **Trenton, New Jersey**, on **October 27, 2021**, under the following conditions:

1. The defendant shall be released into the third-party custody of Henry Jackson.
2. Home Detention with Location Monitoring - You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the pretrial services office or supervising officer.
3. Maintain current residence or a residence approved by Pretrial Services.
4. The defendant's travel is restricted to New Jersey, unless otherwise approved by Pretrial Services.
5. Surrender all passports and travel documents to Pretrial Services.
6. Do not apply for new travel documents.
7. Avoid all contact, direct or indirect, with anyone who is or may become a victim or potential witness in the subject investigation or prosecution.
8. No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.
9. Surrender/do not possess any firearms. All firearms in any home which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.
10. No Computers - defendant is prohibited from possession and/or use of computers or connected devices. Consent of Other Residents: by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third-party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.
11. Mental health testing and treatment as deemed appropriate by Pretrial Services.
12. Report to Pretrial Services as directed.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **The defendant shall consent to Pretrial Services' use of electronic detection devices to evaluate the defendant's access to wi-fi connections.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __16th__ day of __November__, __2021__ and ordered filed and made a part of the records in the above case. | Executed on __November 10, 2021__ |
| _[signature]_<br>Douglas E. Arpert<br>United States Magistrate Judge | _Nicholas Zotti_<br>NICHOLAS ZOTTI<br>U.S. Pretrial Services Officer |