James S. Friedman, Esq. (JF 9188)
James S. Friedman, LLC
<u>Office</u>
5 Elm Row, Suite 300
New Brunswick, New Jersey 08901
<u>Mailing</u>
Post Office Box 154
New Brunswick, New Jersey 08903
Telephone - 732-979-2259
E-Mail - jfriedlawyer@gmail.com
Superseding Counsel to
Mr. Jared Faircloth

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Mag. No. 21-6044 (DEA) |
| vs. | |
| Jared Faircloth, | Consent Order Allowing Defendant to Visit With Parents |
| Defendant. | |

This matter, having been brought before the Court by Jared Faircloth, the defendant herein ("Faircloth"), by and through his attorney, James S. Friedman, LLC (James S. Friedman, Esq., appearing); and Faircloth having been previously placed on various pre-trial restrictions that, among other things, restrict his movements and require him to remain in the company of his pre-trial custodian at certain times; and the Court having been informed that Faircloth's parents shall be visiting New Jersey from March 17, 2022 to March 20, 2022, to see him; and Faircloth

having requested permission to travel locally with his parents during this visit; and the Government (A.U.S.A. Ashley Super-Pitts, appearing) having received a copy of this Order, and having not objected to same; and for good cause shown;

It is on this 15th day of March, 2022,

Ordered, that Faircloth's request be, and is hereby, granted ~~in its entirety~~; and it is further

Ordered that Faircloth shall be permitted to travel locally with his parents from March 17, 2022, to March 20, 2022; and it is further

Ordered that Faircloth shall provide U.S. Pretrial Services with the names of the locations Faircloth shall visit with his parents, *in advance, which U.S.P.S. shall have the discretion to approve.*

_____
Hon. Douglas E. Arpert, USMJ