James S. Friedman, Esq. (JF 9188)
James S. Friedman, LLC
Office
5 Elm Row, Suite 300
New Brunswick, New Jersey 08901
Mailing
Post Office Box 154
New Brunswick, New Jersey 08903
Telephone - 732-979-2259
E-Mail - jfriedlawyer@gmail.com
Superseding Counsel to
Mr. Jared Faircloth

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, | CR22-705(GC) |
| Plaintiff, | ~~Aug.XXNoxxXX-XXXXX.XXXX~~ |
| vs. | |
| Jared Faircloth, | Consent Order Allowing Defendant to Travel Out of State During Holiday |
| Defendant. | Season |

This matter, having been brought before the Court by Jared Faircloth, the defendant herein ("Faircloth"), by and through his attorney, James S. Friedman, LLC (James S. Friedman, Esq., appearing); and Faircloth having been previously placed on various pre-trial restrictions that, among other things, restrict his ability to travel; and the Court having been informed that Faircloth would like to travel outside the State to visit with relatives during the holiday season; and the Government (A.U.S.A. Martha Nye,

appearing) having received a copy of this Order, and having not objected to same; and for good cause shown;

It is on this __23rd__ day of November, 2022,

Ordered, that Faircloth's request be, and is hereby, granted, subject to the following:

    A.    Faircloth shall be permitted to travel out of State from December 1, 2022 through December 10; 2022;

    B.    Faircloth shall be permitted to travel to Florida and temporarily reside with his father, Chance Faircloth, at 7807 Lakeside Boulevard in Tampa, Florida;

    C.    Faircloth's father, Chance Faircloth, shall be appointed temporary third-party custodian for the duration of the travel;

    D.    Faircloth shall be permitted to visit his aunt Lynn Jackson at 5160 Taylor Lane in Donaldsonville, Georgia and remain at her residence overnight;

    E.    Faircloth shall be permitted to visit his grandfather and grandmother, Stanley and Barbara Bigbie, at 11475 119th Drive in Live Oak, Florida and remain at their residence overnight;

    F.    Faircloth shall be in the presence of TPC Chance Faircloth throughout the duration of his travel;

    G.    Faircloth shall be placed on stand-alone GPS monitoring for the duration of the travel; and

    H.    Faircloth shall provide Pretrial Services all flight and itinerary information at least 48 hours prior to departure.

[Signatures appear on next page]

_____
Hon. Douglas E. Arpert, USMJ

The undersigned hereby consent to
The form and entry of this Order.

United States Attorney's Office
District of New Jersey

By: _____
    A.U.S.A. Martha Nye

James S. Friedman, LLC
Counsel to Jared Faircloth

By: _____
    James S. Friedman

3