James S. Friedman, Esq. (JF 9188)
James S. Friedman, LLC
<u>Office</u>
5 Elm Row, Suite 300
New Brunswick, New Jersey 08901
<u>Mailing</u>
Post Office Box 154
New Brunswick, New Jersey 08903
Telephone – 732-979-2259
E-Mail – jfriedlawyer@gmail.com
Counsel to Defendant,
Mr. Jared Faircloth

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| United States of America, : | |
| : | Docket No. 3:22-cr-00705 (GC) |
| Plaintiff, : | |
| : | |
| vs. : | Amended |
| : | Consent Order Postponing |
| Jared Faircloth, : | Defendant's Date to Report |
| : | to Commence Serving Sentence, |
| Defendant. : | and Allowing Defendant to |
| : | Travel |

This matter, having been brought before the Court by Jared Faircloth, the defendant herein ("Faircloth"), by and through his attorney, James S. Friedman, LLC (James S. Friedman, Esq., appearing); and Faircloth having received notice that he must report on January 1, 2024 (the "Report Date"), to commence serving his sentence previously imposed in this case; and Faircloth having requested to postpone the Report Date to January 15, 2024, and having also requested permission to travel from December 9, 2023

through December 29, 2023 (the "Visit Period") in order to visit with family members and/or friends prior to the Report Date; and the Government (A.U.S.A. Ashley Super-Pitts, and Pretrial Services Officer Edna Galarza) having received a copy of this Order, and having not objected to same; and for good cause shown;

It is on this 12th day of December 2023,

Ordered, that Faircloth's requests be, and are hereby, granted in their entirety; and it is further

Ordered that Faircloth's Report Date shall be postponed to January 15, 2024; and it is further

Ordered that Faircloth shall be permitted to travel to Live Oak, Florida; Tampa, Florida; and Concord, Georgia to visit with friends and/or family members, during the Visit Period; and it is further

Ordered that Faircloth shall supply United States Pre-Trial Services with the identity and exact addresses of each friend or family member with whom he will be visiting during the Visit Period prior to his departure; and it is further

Ordered that Faircloth shall be placed on stand-alone GPS monitoring for the duration of his travel;

Ordered that Faircloth shall maintain contact with United States Pre-Trial Services throughout the Visit Period in a manner to be set by that office prior to his departure.

*/s/Georgette Castner*
Hon. Georgette Castner, USDJ